```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON MOJICA,

Defendant.

No. 19-CR-280

ORDER

RONNIE ABRAMS, United States District Judge:

The CourtCall video VOSR is scheduled for Wednesday September 16, 2020 at 9:00 a.m.

Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 67812309#

Pin: 9921299#

SO ORDERED.

Dated:   September 15, 2020
         New York, New York

Ronnie Abrams
United States District Judge