| | |
|---|---|
| | **USDC-SDNY** <br> **DOCUMENT** <br> **ELECTRONICALLY FILED** <br> **DOC#:** <br> **DATE FILED: 9/16/2020** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON MOJICA,

                Defendant.

No. 19-CR-280

ORDER

---

RONNIE ABRAMS, United States District Judge:

    IT IS HEREBY ORDERED that Mr. Mojica be promptly evaluated by medical staff at Essex County facility and that he be treated accordingly.

SO ORDERED.

Dated:    September 16, 2020
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge