

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2020

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Jason Mojica*, 19 Cr. 280 (RA)

Dear Judge Abrams:

  Consistent with the Court's instruction, the Government writes to update the Court on the current status of the above-captioned case. The Government has conferred with defense counsel, who informed the Government that the defendant wants to go forward with the hearing remotely, rather than in person, on December 7, 2020. Based on correspondence from Your Honor's deputy, the Government understands that the defendant has been ordered to be produced for a video conference on December 7, 2020, from 2:00 p.m. to 5:00 p.m. The Government will be prepared to go forward at that time. The Government has not yet located the victim, but is continuing to search for him.

  The Government has produced Rule 16 discovery and Jencks Act material, including police reports, audio of a 911 call, notes from interviews of a detective and an assistant district attorney (the "ADA"), emails from the detective and ADA, the ADA's case notes, text messages between the ADA and the victim, and records regarding the victim's criminal history. The Government will continue to produce discovery and Jencks Act material on a rolling basis.

           Respectfully submitted,

           AUDREY STRAUSS
           Acting United States Attorney

    By:  /s/
        Jim Ligtenberg
        Assistant United States Attorney
        (914) 993-1953

cc:  Christopher Flood, Esq. (by ECF)