

February 5, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. The hearing is adjourned to March 4, 2021 at 9:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 8, 2021

Re:   United States v. Jason Mojica, 19 Cr. 280 (RA)

Dear Judge Abrams,

    On December 14, 2020, I was appointed pursuant to the Criminal Justice Act to represent Mr. Mojica in the above-captioned case. On December 22, at the joint request of the Parties, the Court scheduled the VOSR hearing for February 18, 2021. For the following reasons, I respectfully request an adjournment of the hearing to March 4, 2021 at a time convenient for the Court:

(1) I am still reviewing discovery material relating to the VOSR hearing and conferring about it with my client;
(2) We may be able to reduce the number of witnesses the Government will call at the hearing if my client agrees to stipulate to the admissibility of some of the evidence, but my next scheduled call with Mr. Mojica is not until next week; and,
(3) When requesting the February 18 hearing, I forgot that week is a public-school vacation week during which I will have parenting responsibilities that could interfere with my availability.

    The Government, through AUSA James Ligtenberg, indicated it does not object to this request.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Jason Mojica*

cc:   AUSA James Ligtenberg (via ECF)