

February 8, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The hearing can not proceed on February 18, 2021 because the deadline to order Mr. Mojica's production for a remote proceeding has expired. The hearing is thus rescheduled to February 22, 2021 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 9, 2021

Re:     United States v. Jason Mojica, 19 Cr. 280 (RA)

Dear Judge Abrams,

On December 14, 2020, I was appointed pursuant to the Criminal Justice Act to represent Mr. Mojica in the above-captioned case. On December 22, at the joint request of the Parties, the Court scheduled the VOSR hearing for February 18, 2021. On February 8, in connection with my Letter Motion, Your Honor adjourned the hearing to March 4, 2021.

On a telephone conference earlier today, Mr. Mojica informed me: (1) that he does not want the hearing to be adjourned from February 18th to March 4th, and (2) that he does not want to be produced to the Court in person for this hearing. He wants to proceed via videoconference from Essex County, where he is currently detained. Mr. Mojica's reasoning is that inmates who return from scheduled court appearances must undergo a mandatory 21-day quarantine period upon returning to the facility. Based on Mr. Mojica's directions to me, I have made arrangements to ensure that I will be prepared and available to appear on his behalf on February 18th, if the Court can move the hearing back to that date.

Accordingly, I respectfully request: (1) that the VOSR hearing, currently adjourned to March 4, 2021, be rescheduled to the original date of February 18, 2021, and (2) that Mr. Mojica be permitted to appear by video.

The Government, through AUSA James Ligtenberg, informed me that the Government does not object to moving the hearing back to February 18th. The Government is still determining whether it has any objection to Mr. Mojica waiving his right to appear in person at the hearing and appearing via videoconference.

Thank you for the Court's consideration of this request.

Respectfully submitted,

_____/s_____

Aaron Mysliwiec
*Attorney for Jason Mojica*

cc:     AUSA James Ligtenberg (via ECF)