

March 17, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.  The sentencing is hereby adjourned until April 9, 2021 at 9:00 am.

SO ORDERED.

Hon. Ronnie Abrams
March 18, 2021

Re:   United States v. Jason Mojica, 19 Cr. 280 (RA)

Dear Judge Abrams,

On March 16, 2021, the Court adjudged Mr. Mojica guilty of violating Specifications 3, 4, 5, 6, 7, and 10 of the Amended Violation Report and scheduled his sentencing for April 2, 2021 at 9:00 am, with defendant's sentencing materials to be submitted by March 23rd and the government's submissions due March 30th.

I write to request a one-week adjournment of the sentencing date and submission deadlines. April 2nd falls during a public-school vacation week, during which I will have parenting responsibilities preventing me from attending a virtual sentencing proceeding. Accordingly, I respectfully request the sentencing be rescheduled for the morning of April 9, 2021 so that it would conclude by 12:30 p.m. Alternatively, I could be available at any time outside the hours of 11 a.m. to 12:30 p.m. on April 12th, or at any time on April 13th or 15th. I respectfully request that defendant's sentencing materials be due March 25th and the government's submissions due April 1st.

The government, through AUSA James Ligtenberg, indicated it has no objection to this request.

I thank the Court for its consideration of this letter motion.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Jason Mojica*

cc:   AUSA James Ligtenberg (via ECF)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com