UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/28/2021

UNITED STATES OF AMERICA

v.

JASON MOJICA,

      Defendant.

No. 19-CR-0280 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  The Court is in receipt of a letter from Mr. Mojica dated December 1, 2021. In the letter, Mr. Mojica described recent improvements regarding his substance use and physical health and requested that the Court act as his Narcotics Anonymous sponsor. Mr. Mojica also inquired whether "there is anything [the Court] could do to get [him] out before March . . . like a compassionate release."

  The Court commends Mr. Mojica for remaining drug-free during his incarceration and encourages him in his goals to obtain his G.E.D. and take vocational classes. However, it would be inappropriate for this Court to act as a Narcotics Anonymous sponsor for a party in an action before it.

  The Court also denies Mr. Mojica's request for compassionate release. A court may reduce a term of imprisonment if (1) "extraordinary and compelling reasons warrant such a reduction"; (2) "the reduction is consistent with applicable policy statements issued by the Sentencing Commission"; and (3) the reduction is supported by the sentencing factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3582(c)(1)(A). The Second Circuit has recently confirmed that "[r]ehabilitation . . . alone shall not be considered an extraordinary and compelling circumstance." *United States v. Brooker*, 976 F.3d 228, 238 (2d Cir. 2020) (quoting 28 U.S.C. § 994(t)). Mr.

Mojica has not set forth any extraordinary or compelling circumstances specific to his case that might warrant a reduction in his sentence.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Mojica.

SO ORDERED.

Dated:   December 28, 2021
          New York, New York

                                            Ronnie Abrams
                                            United States District Judge